FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 APR 17 PM 1:50
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARQUEL MAURICE WILLIAMS, )
)
Petitioner, )
)
v. ) CASE NOS. CV419-010
) CR611-011
UNITED STATES OF AMERICA, )
)
Respondent. )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 8.)[1] After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and Petitioner's Motion for Leave to Proceed In Forma Pauperis (Doc. 5) is **DENIED AS MOOT**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request

---

[1] During the objection period, Petitioner filed a notice which detailed that he paid a portion of the required filing fee and contained a copy of his initial petition filed in this case. (Doc. 9.) Petitioner, however, did not appear to offer any objection to the report and recommendation.

to proceed in forma pauperis on appeal. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 17th day of April 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA